Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6074 | **DATE** | 2/7/2007 |
| **CASE TITLE** | The United States of America ex rel. Cleveland Tyson vs. Amerigroup Illinois Inc., et al | | |

**DOCKET ENTRY TEXT**

Amerigroup Illinois' Motion for leave to exceed the page limit is granted. Enter Agreed Order regarding attorneys' fees, costs and expenses.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP